■ In the Matter of JUDITH S. DUGAN et al., Respondents. KENNEDY GALLERIES, INC., et al., Appellants; JOSEPH WENGLER, Respondent. — Order, Supreme Court, New York County (Louis Kaplan, J.), entered on April 23, 1984, as amended by order of

said court entered on May 10, 1984, unanimously affirmed. Petitioners-respondents shall recover of appellants $50 costs and disbursements of this appeal. No opinion. Concur — Sandler, J. P., Ross, Asch, Milonas and Alexander, JJ.